THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:11-CR-000099-FL

UNITED STATES OF AMERICA,               )
                                        )
                                        )
            V.                          )           **ORDER**
                                        )
JEFFERY LYNN LESANE                     )
                                        )
            Defendant,                  )

Upon motion of the Defendant, Jeffery Lynn Lesane, and for good cause shown, the

Sentencing Report Date is hereby continued from Monday, March 4, 2013, until

September 4, 2013_____.

So ordered. This the 25th day of February_____, 2013.

_signature_

U.S. District Judge