THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:11-CR-000099-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| JEFFERY LYNN LESANE | ) | |
| | ) | |
| Defendant, | ) | |

Upon motion of the Defendant, Jeffery Lynn Lesane, and for good cause shown, the Sentencing Report Date is hereby continued from **March 4, 2014 until June 4, 2014.**

So ordered. This the 28th day of February, 2014.

_____
Louise W. Flanagan
U.S. District Court Judge