# UNITED STATES DISTRICT COURT
### for the

### Eastern District of North Carolina

United States of America )
v. )
Jeffery Lynn Lesane )
)
)     Case No:   5:11-CR-99-2FL
)     USM No:   55386-056
Date of Original Judgment:          September 4, 2012   )
Date of Previous Amended Judgment: _____ )   Cindy Bembry
*(Use Date of Last Amended Judgment if Any)*                  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   60   months **is reduced to**   39 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated  September 4, 2012, shall remain in effect. **IT IS SO ORDERED.**

Order Date:          May 20, 2015                    _Louis W. Flanagan_
                                                      *Judge's signature*

Effective Date:      November 1, 2015                Louise W. Flanagan, U.S. District Judge
                     *(if different from order date)*         *Printed name and title*