IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case No. 5:11-CR-99-2-FL

UNITED STATES OF AMERICA )
)
v. )
)
JEFFREY LYNN LESANE, )
   Defendant. )

ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Jeffrey Lesane, to time served, and commencement of a five-year term of supervised release previously imposed. The court finds:

1. Defendant Jeffrey Lesane pleaded guilty to violating 21 U.S.C. § 846, Conspiracy to Distribution and Possess With Intent to Distribute More Than Five Kilograms of Cocaine.

2. Mr. Lesane was sentenced on September 4, 2012, in the United States District Court for the Eastern District of North Carolina, to 60 months of imprisonment with a 5-year term of supervised release. His sentence was reduced to 39 months on Mr. Lesane has a projected good conduct time release date of December 13, 2017.

3. Mr. Lessane suffers from a terminal medical condition and is considered to have a life expectancy of 18 months or

less.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons warranting the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the five-year term of supervised release previously imposed.

**DONE AND ORDERED THIS** 20th **DAY OF November 2015.**

_____
LOUISE W. FLANAGAN
United States District Judge