# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffery Lynn Lesane**　　　　　　　　　　　　　　　**Docket No. 5:11-CR-99-2FL**

## Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffery Lynn Lesane, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 5 Kilograms of Cocaine in violation of 21 U.S.C. §846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 4, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.  On May 20, 2015, the sentence was amended pursuant to 18 U.S.C § 3582(c)(2) reducing the term of imprisonment to 39 months.  Jeffery Lynn Lesane was released from custody on November 23, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was originally ordered to participate in drug aftercare. The defendant is a dialysis patient and does not produce urine normally, as a result, he is not able to comply with this condition of supervised release. Since there is not recent history of substance abuse, we are recommending that the mandatory urine screens be suspended.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified to remit mandatory urine testing and the drug aftercare condition.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing is
　　　　　　　　　　　　　　　　　　　　　　　true and correct.


/s/ Eddie J, Smith　　　　　　　　　　　　　　/s/ Tiffany C. Peacock
Eddie J. Smith　　　　　　　　　　　　　　　　Tiffany C. Peacock
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2545
　　　　　　　　　　　　　　　　　　　　　　　Executed On:April 1, 2016


## ORDER OF THE COURT

Considered and ordered this ___4th___ day of ___April___, 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge